# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Steven Naypelt, et al., Plaintiff

v.

Frontier Airlines
The Mark Travel Corporation

Case Number:

**FILED**
MAY 2 2 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**CASE 13 CV 3787**
**JUDGE CHANG**
**MAGISTRATE JUDGE ROWLAND**

| | |
|---|---|
| NAME (Type or print) | Vladimir Gorochovsky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | Gorochovsky Law Office LLC |
| STREET ADDRESS | 10519 N. Hedgewood Ln |
| CITY/STATE/ZIP | Mequon WI 53092 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 414-581-1582 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | **YES**  NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | **YES**  NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | **YES**  NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | **RETAINED COUNSEL**  APPOINTED COUNSEL |