# INITIAL STATUS REPORT

This case has been assigned to the calendar of Judge Edmond E. Chang. The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and conduct a planning conference. At least 3 business days (unless otherwise ordered) before the initial status in this case, please file a **joint** initial status report containing the following information:

1. **The Nature of the Case**

   a. Identify the attorneys of record for each party, including the lead trial attorney.
   b. State the basis for federal jurisdiction.
   c. Describe the nature of the claims asserted in the complaint and any counterclaims.
   d. State the major legal and factual issues in the case.
   e. Describe the relief sought by the plaintiff(s).

2. **Pending Motions and Case Plan**

   a. Identify All Pending Motions
   b. Submit a proposal for a discovery plan, including the following information:

      i. The general type of discovery needed;
      ii. A date for Rule 26(a)(1) disclosures;
      iii. A date to issue written discovery;
      iv. A fact discovery completion date;
      v. If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports; and
      vi. A date for the filing of dispositive motions.

   c. With respect to trial, indicate whether a jury trial is requested and the probable length of trial.

   d. State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

3. **Consent to Proceed Before a Magistrate Judge**

   a. State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgment. The Court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.

4.      **Status of Settlement Discussions**

   a.      State whether any settlement discussions have occurred;
   b.      Describe the status of any settlement discussions; and
   c.      Whether the parties request a settlement conference.