## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Steven Nayvelt, et al.
                  Plaintiff,

v.                                       Case No.: 1:13−cv−03787
                                              Honorable Edmond E. Chang

Frontier Airlines, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2013:

        MINUTE entry before Honorable Mary M. Rowland: Settlement Conference previously set for 9/4/2013 at 1:00 PM is reset for 9/4/2013 at 02:00 PM. (Notice Time Change)Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.