UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Steven Nayvelt, et al.
        Plaintiff,

v.                 Case No.: 1:13−cv−03787
                  Honorable Edmond E. Chang

Frontier Airlines, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2013:

  MINUTE entry before Honorable Mary M. Rowland:Settlement conference held between Plaintiff and Defendant Mark Travel Corp. The parties have reached a binding settlement agreement. Defendant is to submit settlement agreement papers to counsel for plaintiff by 9/6/13. All plaintiffs are to execute the settlement agreement by 9/13/13. Defendant has seven (7) business days following its receipt of the fully executed settlement agreements to tender check to plaintiff pursuant to the terms of the agreement. Stipulation to dismiss to be filed by Plaintiff by 9/25/13. Case set for status on 10/9/13 at 9:00 a.m. That status will be stricken if stipulation to dismiss filed prior to that date. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.