IN THE UNITED STATES FEDERAL COURT
FOR NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN NAYVELT, POLINA NAYVELT, }<br>JESSICA NAYVELT, ERICA NAYVELT }<br>        Plaintiffs, }<br>  vs. }<br>        }<br>FRONTIER AIRLINES }<br>        Defendant, }<br>  and }<br>        }<br>THE MARK TRAVEL CORPORATION }<br>d/b/a/ FUNJET, }<br>        Defendant. } | Case No. **2013-CV-3787**<br><br>HON. CHANG<br>MAGISTRATE JUDGE ROWLAND |

___

**NOTICE OF DISMISSAL OF ENTIRE CIVIL ACTION**
___

     **NOW COMES** the above-named Plaintiffs, by their counsel of record, Attorney Vladimir M. Gorokhovsky of Gorokhovsky Law Offices LLC, and hereby states that all claims were resolved to full satisfaction of all parties; and therefore hereby tenders the Notice of Dismissal, with prejudice, of all claims asserted or should have been asserted in the above-captioned matter, without fees or costs to any party.    .

     Dated this <u>21st</u> day of <u>September</u> 2013.
              Respectfully submitted by
              GOROKOHOVSKY LAW OFFICE, LLC
              Counsels for Plaintiffs

              *Vladimir M. Gorokhovsky, Esq.*
BY: _____
              /s/ Vladimir M. Gorokhovsky, LL.M.
              WIS SBN 1036040

<u>P.O. Business Address</u>:
10919 North Hedgewood Ln,
Milwaukee, WI 53092
(414)-581-1582

              SO ORDER: _____
                          HON. ROWLAND