UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Steven Nayvelt, et al.
                    Plaintiff,

v.                                      Case No.: 1:13−cv−03787
                                                  Honorable Edmond E. Chang

Frontier Airlines, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 26,2013:

      MINUTE entry before Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Rule 41(a)(1)(A)(i) (no answer or summary judgment motion has been filed), the case is dismissed with prejudice, each side to bear its own fees and costs. Docket entry number [8], the motion to dismiss, is terminated as moot. Status hearing of 10/03/2013 is vacated. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.