## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Steven Nayvelt, et al.
                              Plaintiff,

v.                                                         Case No.: 1:13−cv−03787
                                                                Honorable Edmond E. Chang

Frontier Airlines, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26,2013:

      MINUTE entry before Honorable Mary M. Rowland:All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned Judge. Judge Honorable Mary M. Rowland no longer referred to the case.Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.